UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JAMES C. METCALF, | ) | No. CV-05-243-CI |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION |
| | ) | MOTION FOR DISMISSAL |
| v. | ) | |
| | ) | |
| JERRY BRADY, DICK COLLINS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS ORDERED** that the parties' Stipulated Motion for Dismissal **(Ct. Rec. 65)** is **GRANTED.**  The captioned matter is dismissed with prejudice.

DATED November 8, 2006.


                      S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION MOTION FOR DISMISSAL - 1